SHEDD, Circuit Judge,
concurring:
I agree completely with the legal analysis of the majority. I write separately to note that, unlike the majority, I am not troubled by the investigation and prosecution of these defendants. The evidence presented in this ease shows that these defendants were willing to undertake criminal acts — including violent acts — in connection with the armed robbery of illegal drugs. Law enforcement did not independently recruit these defendants; rather, they were part of a “crew” who were willing to be involved in the armed robbery at the behest of their leader, Bowden, who enlisted their involvement. Moreover, the defendants had the opportunity to present their theory of entrapment to the jury but, not surprisingly under the facts of this case, the jury believed these defendants were predisposed to be involved in the charged offenses.
In short, as the majority correctly holds, the Government conducted itself lawfully, and these defendants were properly convicted and sentenced. There is nothing troubling in that.